# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION ASSOCIATED WITH THE ) <br> USERNAME IDENTIFIED AS ) <br> "janetwilsonirs1970@gmail.com", ) <br> "zhwahwa2011@gmail.com", ) <br> "janjublaxxx@gmail.com", ) <br> "martinscott8@gmail.com" and ) <br> "priscillajonesbaby@gmail.com" ) <br> STORED AT PREMISES CONTROLLED BY ) <br> GOOGLE, INC. ) | **ORDER** <br><br><br><br><br> Case No. 4:14-mj-33 |

On February 25, 2014, the court issued an "Order of Nondisclosure" in which it directed that this matter was to remain sealed pending further order of the court. The court amends its earlier directive and **ORDERS** that this matter shall remain sealed until March 31, 2017.

Dated this 11th day of May, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court